IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:12-CV-00531 |
| § | |
| **ACE AMERICAN INSURANCE COMPANY** § | |
| § | |
| *Defendant*. § | |

### DEFENDANT'S WITHDRAWAL OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Defendant ACE American Insurance Company ("ACE") hereby withdraws its Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint and would respectfully show the Court as follows:

I.

On July 18, 2014, Plaintiff filed a Motion for Leave to File Third Amended Complaint (Dkt. # 40) ("Plaintiff's Motion"). ACE filed an Opposition to Plaintiff's Motion on August 7, 2014 (Dkt. # 47) and a Sur-Reply (Dkt. # 68) in support of that Opposition on August 27, 2014. In accordance with an agreement between the Parties, ACE no longer opposes Plaintiff's proposed amendment and hereby withdraws its Opposition to Plaintiff's Motion.

WHEREFORE, ACE American Insurance Company hereby requests that the Court withdraw ACE's Opposition (Dkt. # 47) and Sur-Reply (Dkt. # 68) in support of that Opposition, and grant ACE American Insurance Company such other and further relief to which it may show itself justly entitled.

      Respectfully Submitted,

      *s/ W. Neil Rambin*
      W. NEIL RAMBIN
      ATTORNEY-IN-CHARGE
      State Bar No. 16492800
      Southern District of Texas Bar No. 5450
      neil.rambin@sedgwicklaw.com

      1717 Main Street, Suite 5400
      Dallas, TX 75201-7367
      Telephone: (469) 227-8200
      Facsimile: (469) 227-8004

      OF COUNSEL:

      L. KIMBERLY STEELE
      State Bar No. 04127600
      Southern District of Texas Bar No. 16977
      kimberly.steele@sedgwicklaw.com
      S. VANCE WITTIE
      State Bar No. 21832980
      Southern District of Texas Bar No. 61978
      vance.wittie@sedgwicklaw.com

      **ATTORNEYS FOR DEFENDANT ACE**
      **AMERICAN INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of this document has been forwarded to all counsel of record via e-filing in compliance with the applicable Federal Rules of Civil Procedure on this 29th day of October, 2014.

            *s/ L. Kimberly Steele*